WESTCOTT WILKIN & others *vs.* ST. PAUL, STILLWATER & TAYLOR'S FALLS RAILROAD COMPANY.

August 26, 1875.

Condemnation of Land of Married Woman—Joinder of Husband in Appeal.—
One of the claimants in whose favor the award of damages was made by the commissioners was a married woman. Her husband joined in taking an appeal from such award. Upon the trial of the appeal, after claimants had rested their case, a motion was made to dismiss the appeal because of such joinder of her husband, and was denied. *Held,* not error.

Same—Appeal—Oath of Jury—Title—Damages—Interest.—The case of *Knauft* v. same company (*ante* p. 173) followed as respects the other questions raised.

Appeal by the railroad company from an order of the district court for Ramsey county, *Chatfield,* J., presiding, (sitting for the judge of the second district,) refusing a new trial.

*A. B. Stickney* and *O'Brien & Eller,* for appellant.

*I. V. D. Heard,* for respondents.

CORNELL, J. The questions raised in this case are the same as those considered and determined in the case of *Knauft* v. the same defendant, with the single exception that in this case the husband of one of the claimants joined his wife in the appeal from the award of the commissioners. On the trial of such appeal in the district court, after the claimants had introduced their testimony and rested, the company moved for a dismissal of the appeal on

this ground that he was improperly joined as one of the appellants, the court very properly denied the motion.

Order affirmed.